Date: 04/20/10                                                                                                      Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-15458 - GANDARILLA, LUIS A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of SEARS PREMIER CARD<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000006 | 809.12 | 4.39 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - Lowe's Consu<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000007 | 623.36 | 3.38 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Citibank - CHILDREN'S PLA<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000009 | 507.96 | 2.76 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - Lowe's Consu<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000012 | 653.31 | 3.55 |
| Premier Bankcard/Charter<br>POB 2208<br>Vacaville, CA 95696 | 000016 | 499.89 | 2.71 |
| Remittance Total | | 3,093.64 | 16.79 |

150146

handwritten: 108, 109, 121, 114, 118

LAUREN A. HELBLING, Trustee

COURT1                                                                 Printed: 04/20/10 02:09 PM    Ver: 15.08

09-15458-aih    Doc 28    FILED 04/20/10    ENTERED 04/21/10 08:50:14    Page 1 of 1